IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>JOSE VENTURA REAL,<br><br>          Defendant. | No. 1:13-CR-00349 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on April 28, 2014, to time served,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Victory Outreach Program (Mr. Devan Getman) forthwith. A certified Judgment and Commitment order to follow.

DATED: April 29, 2014                    /s/ Lawrence J. O'Neill
                                         United States District Judge

1