UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSE VENTURA REAL, JR.,<br><br>          Defendant. | No.  1:13-cr-000349-LJO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

     The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

     Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

     This finding is based on the reasons stated on the record.

DATE:  7/3/2014                                        /s/ Jennifer L. Thurston
                                                                              U.S. Magistrate Judge