**MONICA L. BERMUDEZ**
David A. Torres, SBN275434
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: mbermudez@lawtorres.com

Attorney for:
JOSE VENTURA REAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE VENTURA REAL,<br><br>　　　　　Defendant | Case No.: Case No.13-CR-00349 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING/SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND KAREN ESCOBAR , ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOE VENTURA REAL, by and through his attorney of record, MONICA L BERMUDEZ hereby requesting that the Sentencing Hearing currently set for Monday, August 25, 2014 be continued to Monday, September 22, 2014.

I am requesting a continuance in order to review the Presentencing Investigation Report and file a Sentencing Memorandum on behalf of Mr. Real.  I have spoken to AUSA Karen Escobar, and she has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:8/20/14

***/s/ Monica L. Bermudez***
MONICA L. BERMUDEZ
Attorney for Defendant
JOSE VENTURA REAL

DATED:8/20/14

***/s/Karen Escobar***
KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE HAS NOT BEEN STATED. NO REASON HAS BEEN PROVIDED WHY THE THINGS REQUESTED WERE NOT DONE TIMELY. THAT SAID, FROM ANOTHER CASE, THE COURT IS AWARE OF THE DEATH OF A FAMILY MEMBER OF THE GOVT COUNSEL. THE REQUEST ON THAT BASIS IS GRANTED.**

IT IS SO ORDERED.

Dated: **August 20, 2014**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE